# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Stranch, Jane B. | 2. Court or Organization Sixth Circuit Court of Appeals | 3. Date of Report 06/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Branstetter Partners |
| 2. | Co-Executor | Estate #1 |
| 3. | Co-Executor | Estate #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Seigenthaler-Sutherland Cup Nat. First Amendment Moot Court, Columbus School of Law | 03/24/2017 - 03/25/2017 | Washington, DC | Moot Court Competition | Transportation, lodging, food |
| 2. | ABA 11th Annual Section of Labor & Employment Law Conference | 11/10/2017 | Washington, DC | Educational Seminar | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | L | T | | | | | |
| 2. Capstar Bank Account | A | Interest | M | T | | | | | |
| 3. UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 5. - American Funds Capital Income Builder Fund | D | Dividend | M | T | | | | | |
| 6. - Virtus Emerging Mkts Opportunities Fund | A | Dividend | K | T | | | | | |
| 7. - Virtus Equity Trend Fund Class A (Y) | | | | | | | | | |
| 8. - Virtus Multi-Sector Short-Term Bond Fund | A | Dividend | K | T | | | | | |
| 9. - First Eagle Global Fund Class A | D | Dividend | N | T | | | | | |
| 10. - Lincoln Life Deferred Income Annuity | | None | O | T | | | | | |
| 11. - Telecom Argentina Stock | | None | J | T | | | | | |
| 12. CapStar Financial Holdings, Inc. Stock (CSTR) | | None | M | T | | | | | |
| 13. John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 14. - American Funds 2025 TD | | None | N | T | | | | | |
| 15. - American Funds 2035 TD | | None | N | T | | | | | |
| 16. - American Funds Capital Income Builder | | None | N | T | | | | | |
| 17. - Parnassus Core Equity Fund | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/11/2018 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Undiscovered Mgr Behavorial Value Fund | | None | M | T | | | | | |
| 19.  John Hancock USA Pension Plan #4 (H) | | | | | | | | | |
| 20.  - Oppenheimer Developing Mkt Fund | | None | N | T | | | | | |
| 21.  - American Funds 2020 TD | | None | O | T | | | | | |
| 22.  - American Funds American Balanced Fund | | None | O | T | | | | | |
| 23.  - Undiscovered Mgr Behavioral Value Fund | | None | N | T | | | | | |
| 24.  - T. Rowe Price Sci & Tech Fund | | None | N | T | | | | | |
| 25.  Memphis Partners | | None | K | T | | | | | |
| 26.  Branstetter Partners (H) | | | | | | | | | |
| 27.  - Pinnacle Bank Account | A | Interest | M | T | | | | | |
| 28.  - Investment Property, Nashville, TN (Appraisal 4/09) | | None | P1 | Q | | | | | |
| 29.  Northwestern Mutual: Whole Life Policy | C | Dividend | M | T | | | | | |
| 30.  Pinnacle Bank Accounts | A | Interest | N | T | | | | | |
| 31.  Estate #1 (H) | | | | | | | | | |
| 32.  -UBS AG Dep Account | A | Interest | L | T | Open | 06/06/17 | J | | |
| 33.  - Pinnacle Bank Account | | None | M | T | | | | | |
| 34.  - UBS Bank USA Bus. Acct. | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Virtus Equity Trend Fund Class A | | None | M | T | | | | | |
| 36. - General Mtrs. Accep.Corp.Bond | C | Interest | L | T | | | | | |
| 37. - BCM 1999-B A5 SER 1999-B CL A-5 | B | Interest | J | T | | | | | |
| 38. - OAK SER 2001-C CL A-4 | B | Interest | J | T | | | | | |
| 39. - FHR 3034 SE | A | Interest | J | T | | | | | |
| 40. - Met Govt Nashville&David SR A RV BE/R/ | A | Interest | | | Matured | 05/15/17 | J | | |
| 41. - Memphis Tenn ASSUR BE/R/ | B | Interest | L | T | | | | | |
| 42. - Shelby Co TN Hlth Ed&HSG CRSOVR RV MLTFM C B/E/R/ | | None | J | T | | | | | |
| 43. - Met Govt Nashville&David SR A RV BE/R/ | B | Interest | | | Matured | 05/15/17 | K | | |
| 44. - Blackrock Muni Assets Fund Inc | E | Dividend | N | T | | | | | |
| 45. - Nuveen Invt Quality Muni Fund Inc | D | Dividend | M | T | | | | | |
| 46. - Ivy Limited Term Bond Fund | D | Dividend | O | T | | | | | |
| 47. - Lord Abbett Short Duration Income Fund Class A | E | Dividend | O | T | | | | | |
| 48. - Oppenheimer Rochester High Yield Municipal Fund Class A | D | Dividend | M | T | | | | | |
| 49. - Virtus Multi-Sector Short Term Bond Fund Class A | E | Dividend | O | T | | | | | |
| 50. - First Eagle Global Fund Class A | B | Dividend | M | T | | | | | |
| 51. - FT-Franklin Income C | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #3 (H) | | | | | | | | | |
| 53. - Loomis Sayles Bond Fund (Class Institutional | A | Dividend | J | T | | | | | |
| 54. | | | | | Sold (part) | 10/04/17 | J | A | |
| 55. - Virtus Newfleet Multi-Sector Short Term Bond Fund Class I | A | Dividend | J | T | | | | | |
| 56. | | | | | Sold (part) | 10/04/17 | J | | |
| 57. - Delaware Value Fund Institutional Class I | A | Dividend | K | T | | | | | |
| 58. | | | | | Sold (part) | 07/24/17 | J | A | |
| 59. - RMB Mendon Financial Services Fund Class A | A | Dividend | J | T | | | | | |
| 60. - First Eagle Global Funds Class I | B | Dividend | K | T | | | | | |
| 61. | | | | | Sold (part) | 07/24/17 | J | A | |
| 62. - Franklin Inc. Adv | B | Dividend | K | T | | | | | |
| 63. | | | | | Sold (part) | 07/24/17 | J | A | |
| 64. | | | | | Sold (part) | 08/11/17 | J | A | |
| 65. - The Income Fund of America Fund Class F2 | B | Dividend | K | T | | | | | |
| 66. | | | | | Sold (part) | 07/24/17 | J | A | |
| 67. - Loomis Sayles Global Equity and Income fund CL Y | A | Dividend | K | T | | | | | |
| 68. - Thornburg Income Builder CL I | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Victory Trivalent Int'l Sm Cap | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 70. - Alpha Centric Inc Opport Fund Class A | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 71. - UBS Bank USA Deposit Acct | A | Interest | J | T | Open | 07/01/17 | J | | |
| 72. IRA #4 (H) | | | | | | | | | |
| 73. - Loomis Sayles Bond Fund Class Institutional | A | Dividend | J | T | | | | | |
| 74. - Virtus Newfleet Multi-Sector Short Term Bond Fund Class I | A | Dividend | J | T | | | | | |
| 75. - Delaware Value Fund Institutional Class I | A | Dividend | J | T | | | | | |
| 76. | | | | | Sold (part) | 07/24/17 | J | A | |
| 77. - RMB Mendon Financial Services Fund Class A | A | Dividend | J | T | | | | | |
| 78. - First Eagle Global Funds Class I | A | Dividend | J | T | | | | | |
| 79. | | | | | Sold (part) | 07/24/17 | J | A | |
| 80. - Franklin Inc Adv | A | Dividend | J | T | | | | | |
| 81. | | | | | Sold (part) | 07/24/17 | J | A | |
| 82. - The Income Fund of America Fund Class F2 | A | Dividend | J | T | | | | | |
| 83. | | | | | Sold (part) | 07/24/17 | J | A | |
| 84. - Loomis Sayles Global Equity and Income Fund CL Y | A | Dividend | J | T | | | | | |
| 85. - Thornburg Income Builder CL I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Victory Trivalent Int'l SmCap | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 87.  -UBS Bank USA Dep Acc | A | Interest | J | T | Open | 07/01/17 | J | | |
| 88.  Estate #2 (H) | | | | | | | | | |
| 89.  -Pinnacle Bank Acct | | None | K | T | | | | | |
| 90.  -Pinnacle Bank Acct | A | Interest | J | T | | | | | |
| 91.  -USB Bank USA Dep Acct | A | Interest | K | T | | | | | |
| 92.  -Wells Fargo & Co. Stock | A | Dividend | K | T | | | | | |
| 93.  -Shelby Cty TN Hlth Ed Bond | B | Interest | L | T | | | | | |
| 94.  -Williamson Cty TN Bd of Ed Bond | A | Interest | L | T | | | | | |
| 95.  -Memphis TN Elec Sys Bond | A | Interest | L | T | | | | | |
| 96.  -Greeneville TN AGC Bond | A | Interest | L | T | | | | | |
| 97.  -Lenoir City TN Assur Bond | A | Interest | K | T | | | | | |
| 98.  -Springfield TN Assur Bond | A | Interest | L | T | | | | | |
| 99.  -Metro Gov't Nashville + Davidson Cty Bond | A | Interest | J | T | | | | | |
| 100. -Tennessee Energy Acq Gas Bond | B | Interest | L | T | | | | | |
| 101. -Metro Gov't Nashville + Davidson Cty Bond | A | Interest | K | T | | | | | |
| 102. -Memphis-Shelby Cty TN Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/11/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Montgomery Cty TN Bond | A | Interest | L | T | | | | | |
| 104.  -Metro Gov't Nashville + Davidson Cty Bond | B | Interest | M | T | | | | | |
| 105.  -Blackrock Muni Assets Fund | C | Dividend | M | T | | | | | |
| 106.  -Ishares Nat'l Muni Bond ETF | B | Dividend | M | T | | | | | |
| 107.  -Nuveen TN Muni Bond Fund Class A | D | Dividend | O | T | | | | | |
| 108.  -Virtus Newfleet Multi-Sect Bond Class A | C | Dividend | N | T | | | | | |
| 109.  Parcel #1 Nashville, TN (Appraisal 11/3/17) | | None | P1 | Q | | | | | |
| 110.  Parcel #2 Nashville, TN (Appraisal 11/3/17) | | None | M | Q | | | | | |
| 111.  Parcel #3 Nashville, TN (Appraisal 7/31/15) | | None | L | Q | | | | | |
| 112.  Rental Property #1 Nashville, TN 2015 $190,000 (Appaisal 7/31/15) | E | Rent | M | Q | | | | | |
| 113.  Parcel #4 Nashville, TN (Appraisal 7/31/15) | | None | J | Q | | | | | |
| 114.  Parcel #5 Nashville, TN $6,200, 2017 | | None | J | S | | | | | |
| 115.  Parcel #6 Nashville, TN (Appraisal 7/31/15) | | None | M | Q | | | | | |
| 116.  Parcel #7 Nashville, TN (Appraisal 7/31/15) | | None | O | Q | | | | | |
| 117.  Parcel #8 Nashville, TN (Appraisal 7/31/15) | | None | M | Q | | | | | |
| 118.  Rental Property #2 Nashville, TN 2014 $312,480 | E | Rent | N | W | | | | | |
| 119.  Parcel #9 Nashville, TN (Appraisal 7/31/15) | | None | J | Q | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Rental Propery #3 Nashville TN 2014 $570,000 | D | Rent | O | W | | | | | |
| 121. Parcel #10 Nashville, TN (Appraisal 7/31/15 | | None | K | Q | | | | | |
| 122. Parcel #11 Nashville, TN (Appraisal 7/31/15) | | None | N | Q | | | | | |
| 123. Parcel #12 Nashville, TN (Appraisal 7/31/15) | | None | J | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stranch, Jane B. | 06/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Part VII, references by line listed below:

1. Line 7, Virtus Equity Trend Fund Class A was sold in 2016 in total 5/24/16. The prior year report incorrectly reported part sale in column D(1).

2. Line 13, John Hancock USA Pension Plan #2 continuing through Line 18 contain units in a pooled investment account that is controlled by and held in the custody of John Hancock. No information is maintained at the participant level that applies to Column B of this report.

3. Line 19, John Hancock USA Pension Plan #4 continuing through Line 24 is for spouse and contain units in a pooled investment account that is controlled by and held in the custody of John Hancock. No information is maintained at the participant level that applies to Column B of this report.

4. Line 26, Branstetter Partners assets are reported at total value as there are multiple beneficiaries.

5. Lines 31-51, Estate #1 assets are reported at total value as there are multiple beneficiaries.

6. Lines 88-123, Estate #2 assets are reported at total value as there are multiple beneficiaries.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544